UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### <u>CRIMINAL MINUTES</u>

**Date:** December 15, 2025        **Time:** 1:41-1:43 PM        **Judge:** Edward J. Davila
2:35-2:40 PM (*Sealed*)
2:50-2:53 PM

**Total Time:** 10 min

**Case No.** 5:25-cr-00244 EJD        **Case Name:** *United States v. Richard Tillman* (P) (C)

**Attorney for Plaintiff:**        Michael Pitman

**Attorney for Defendant:**        Varell Fuller

**Deputy Clerk:** Cheré Robinson        **Court Reporter:** Irene Rodriguez

### PROCEEDINGS – STATUS CONFERENCE

Defendant present and in custody.  Hearing held.

Defendant will continue with the representation counsel from the Federal Defender's Office.  Defense requests a change of plea date January 6, 7, 8 or 9.  Change of Plea Hearing set for January 12, 2026.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court found the ends of justice served in granting the continuance outweighed the best interests of the public and the defendant in a speedy trial and excluded time through January 12, 2026.  For the reasons stated on the record, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).

### CASE CONTINUED TO:  JANUARY 12, 2026, AT 1:30 PM FOR CHANGE OF PLEA

Under federal law, including Rule 5(f) of the Federal Rules of Criminal Procedure, *Brady v. Maryland*, 373 U.S. 83 (1963), and all applicable decisions interpreting *Brady*, the government has a continuing obligation to produce all information or evidence known to the government that is relevant to the guilt or punishment of a defendant, including, but not limited to, exculpatory evidence.

Accordingly, the Court Orders the government to produce to the defendant in a timely manner all information or evidence known to the government that is either (1) relevant to the defendant's guilt or punishment or (2) favorable to the defendant on the issue of guilt or punishment.

This Order is entered under Rule 5(f) and does not relieve any party in this matter of any other discovery obligation. The consequences for violating either this Order or the government's obligations under *Brady* include, but are not limited to, the following:  contempt, sanction, referral to a disciplinary authority, adverse jury instruction, exclusion of evidence, and dismissal of charges.

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

1

Cheré Robinson
Courtroom Deputy
Original: Efiled
CC: