## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### <u>CRIMINAL MINUTES</u>

**Date:** February 9, 2026     **Time:** 1:52-2:13 PM     **Judge:** Edward J. Davila

**Total Time:** 21 min

**Case No.** 5:25-cr-00244 EJD     **Case Name:** *United States v. Richard Tillman* (P) (C)

**Attorney for Plaintiff:**     Michael Pitman

**Attorney for Defendant:**     Varell Fuller

**Deputy Clerk:** Cheré Robinson       **Court Reporter:** Irene Rodriguez

### PROCEEDINGS – CHANGE OF PLEA

Defendant present and in custody.  Hearing held.

Court is in possession of signed plea agreement.

Defendant sworn.

The government provides a brief statement of the elements of the offenses and of the facts it would be prepared to prove at any trial of this matter. Defense counsel concurs with the statement of elements and stipulates that there is a factual basis for the plea.

Defendant pleads guilty to Count One of the Indictment (ECF No. 10, filed August 7, 2025).  The Court accepts Defendant's plea, finds that Defendant has made a knowing, intelligent, and free and voluntary waiver of his constitutional rights and entry of plea, and there is an independent factual basis for each element of the offense, and orders the plea to be recorded.  Defendant is adjudicated guilty. The Court takes the plea agreement under submission until the time of sentencing.

The Court refers the matter to the Probation Department for preparation of a presentence report and set a sentencing hearing for April 27, 2026.

**CASE CONTINUED TO:  APRIL 27, 2026, AT 1:30 PM FOR SENTENCING**

P/NP: Present, Not Present
C/NC: Custody, Not in Custody
I: Interpreter

**Cheré Robinson**
**Courtroom Deputy**
**Original: Efiled**
**CC:**