JODI H. LINKER
Federal Public Defender
Northern District of California
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:    (408) 291-7753
Facsimile:    (408) 291-7399
Email:         Varell_Fuller@fd.org


Counsel for Defendant TILLMAN


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD TILLMAN,<br><br>Defendant. | Case No. CR 25-00244 EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING TO MAY 11, 2026 |

## STIPULATION

The parties, acting through their respective counsel, hereby stipulate that, subject to the

Court's approval, the sentencing hearing currently set for Monday, April 27, 2026, shall be

continued two weeks to Monday, May 11, 2026, at 1:30 p.m.

The defense respectfully requests that the Court continue the April 27, 2026, sentencing

hearing due to a scheduling conflict for defense counsel that arose after the hearing was

previously set. United States Probation Officer Cindy Suntay, who is assigned to this matter,

has no objection to the requested continuance.

STIPULATION AND [PROPOSED] ORDER;
CR 25-00244-EJD

IT IS SO STIPULATED.

Dated:  April 20, 2026                                    _____/s/_____
                                                         VARELL L. FULLER
                                                         Assistant Federal Public Defender


Dated:  April 20, 2026                                    _____/s/_____
                                                         MICHAEL G. PITMAN
                                                         Assistant United States Attorney


### [PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY

ORDERED that the sentencing hearing currently set for Monday, April 27, 2026, shall be

continued to Monday, May 11, 2026, at 1:30 p.m.

IT IS SO ORDERED.

Dated: _____,

                                                         _____
                                                         HONORABLE EDWARD J. DAVILA
                                                         United States District Judge

STIPULATION AND [PROPOSED] ORDER;
CR 25-00244 EJD

2