JODI H. LINKER
Federal Public Defender
Northern District of California
VARELL L. FULLER
Assistant Federal Public Defender
55 South Market Street, Suite 820
San Jose, CA 95113
Telephone:    (408) 291-7753
Facsimile:    (408) 291-7399
Email:          Varell_Fuller@fd.org


Counsel for Defendant TILLMAN


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE  DIVISION


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD TILLMAN,<br><br>Defendant. | Case No. CR 25-00244 EJD<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE SENTENCING HEARING TO JUNE 15, 2026 |


## **STIPULATION**

The parties, acting through their respective counsel, hereby stipulate that, subject to the Court's approval, the sentencing hearing currently set for Monday, May 11, 2026, shall be continued to Monday, June 15, 2026, at 1:30 p.m.

The defense respectfully requests that the Court continue the May 11, 2026, sentencing hearing because the defense is not prepared to proceed. Specifically, defense counsel requires additional time to meet and confer with Mr. Tillman before sentencing. In addition, the defense is still awaiting additional records relevant to sentencing and to Mr. Tillman's designation

STIPULATION AND [~~PROPOSED~~] ORDER;
CR 25-00244-EJD

within the Bureau of Prisons, and needs time to review those materials before proceeding. For these reasons, the defense respectfully requests that the Court continue the sentencing hearing. United States Probation Officer Cindy Suntay, who is assigned to this matter, has no objection to the requested continuance.

IT IS SO STIPULATED.

Dated:  May 7, 2026            _____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated:  May 7, 2026            _____/s/_____
MICHAEL G. PITMAN
Assistant United States Attorney

## [PROPOSED] **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the sentencing hearing currently set for Monday, May 11, 2026, shall be continued to Monday, June 15, 2026, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: May 7, 2026

_____
HONORABLE EDWARD J. DAVILA
United States District Judge

STIPULATION AND [PROPOSED] ORDER;
CR 25-00244 EJD