UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 15, 2026          **Time:** 1:52 – 2:15 pm          **Judge:** Edward J. Davila
**Total Time:** 23 minutes

**Case No.:** 5:25-cr-00244 EJD          **Case Name:** *United States v. Richard Tillman* (P) (C)

**Attorney for Plaintiff**:          Michael Pitman

**Attorney for Defendant**:          Varell Fuller

**Deputy Clerk:** Esmeralda Mejia          **Court Reporter:** Irene Rodriguez

**Probation Officer**:  Cindy Suntay

### PROCEEDINGS - SENTENCING

Defendant present and in custody.  Hearing held.

The Court sentenced Defendant as follows:

Defendant is sentenced to 60 months as to Count One of the Indictment (ECF No. 10, filed August 7, 2025).  Defendant is remanded to the Bureau of Prisons to be imprisoned for said term.

Upon release from imprisonment, the Defendant shall serve a term of 3 years supervised release as to Count One of the Indictment.  The Court adopts the Probation Officer's recommendations as to the standard and special conditions of supervised release.

A special assessment fee of $100.00 is imposed.  The Court waives the Fine. The Court orders restitution in the amount of $2,371,682.00 as stated on the record. The court waives interest.

The Court makes the following recommendation:

The Court Recommends Participation in the RDAP program and designation at a camp facility, consistent with his classification.

**P/NP: Present, Not Present**
**C/NC: Custody, Not in Custody**
**I: Interpreter**

**Esmeralda Mejia**
**Courtroom Deputy**
**Original: Efiled**
**CC:**